**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Carla Blegen, on behalf of herself and all others similarly situated,

Plaintiff,

v.

Bureau Collection Services, Inc., a Minnesota corporation,.

Defendant.

Court File No. 00-1028 (ADM/AJB)

**STIPULATION AND ORDER OF DISMISSAL OF CLASS ALLEGATIONS WITHOUT PREJUDICE AND DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE**

---

The Plaintiff filed this putative class action alleging that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq. After such filing, it now appears that this case is not appropriate to proceed as a class action under Rule 23, and the parties have agreed to the terms of an individual settlement of this matter.

Pursuant to Rule 23(e) of the Federal Rule of Civil Procedure, the parties hereby stipulate to the dismissal without prejudice of the class action allegations without notice to the putative class.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all claims asserted or that could have been asserted in the Complaint.

It is further stipulated and agreed that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 4/10/01

Thomas J. Lyons, Jr., #249646
CONSUMER JUSTICE CENTER, P.A.
1560 Beam Avenue, Suite A
Maplewood, MN 55109
Telephone: (651) 770-9707
**Attorney for Plaintiff**

APR 16 2001

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 16 2001
DEPUTY CLERK

Dated: 4-12-01

James F. Roegge (#92678)
Barton C. Gernander (#26779X)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661

**Attorneys for Defendant**

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by the parties, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED: That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: April 13, 2001

Judge of United States District Court
Ann D. Montgomery

873476